IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DON P. BENNETT, on behalf    )
of himself and all others    )
similarly situated,          )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       1:05cv827-T
                             )          (WO)
DICTAPHONE CORPORATION,      )
INC., et al.,                )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the voluntary dismissal (Doc. No. 9), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of October, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE